**Paul A. HARPER, Plaintiff–Appellant,**

v.

**Ronald M. WHYTE, U.S. District Court Judge, Defendant–Appellee.**

**No. 08–15297.**

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2008.*

Filed June 18, 2008.

Paul A. Harper, Long Beach, CA, pro se.

Before: REINHARDT, BERZON, and M. SMITH, Circuit Judges.

MEMORANDUM **

A review of the record, the opening brief, and appellant's response to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment dismissing the complaint without leave to amend.

All pending motions are denied.

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.